UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     -vs-<br><br>BRANDON BERNELL BLANCHE,<br><br>                    Defendant. | No.   2:11-CR-0191-WFN-1<br><br>ORDER DISMISSING WITHOUT PREJUDICE |

Pending before the Court is the parties' joint Stipulation for Dismissal. ECF No. 80 Accordingly,

**IT IS ORDERED** that:

1. The Stipulated Motion, filed March 15, 2017, **ECF No. 80**, is **GRANTED.**

2. The pending habeas corpus petition, filed June 15, 2016, **ECF No. 62**, is **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO CLOSE** the corresponding civil file, **2:16-CV-0216-WFN**.

**DATED** this 16th day of March, 2017.

03-16-17

                    s/ Wm. Fremming Nielsen
                    WM. FREMMING NIELSEN
             SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITHOUT PREJUDICE